UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARL DAIGLE, ANN DARDENNE,                          :
CASSANDRA DARGIN, PATRICIA DAVIS,                   :
LETHA DAVIS, CAROLYN DAVIS, ED DEES,                :
FAITH DENT, DEBRA DEVARE, DOROTHY                   :
DICKENS, LAWESE DILLON, ELIZABETH                   :
ANNE DILWORTH, GERALD DIVINCENTI,                   :
DORIS JONES DIXON, RUBY DIZON, PATSY                :
DOMINGUE, ANLATEARS DORSEY,                         :
MAUREEN DOUGLAS, DENISE DRAGO,                      :
BEVERLY DRY,                                        :
                                                    :
        Plaintiffs.                                 :   Civil Action
v.                                                  :   No. 04-11286-GAO
                                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A                :
INTERNEURON PHARMACEUTICALS, INC.;                  :
WYETH, INC., F/K/A AMERICAN HOME                    :
PRODUCTS CORPORATION; WYETH                         :
PHARMACEUTICALS, INC F/K/A WYETH-                   :
AYERST PHARMACEUTICALS, INC., A                     :
DIVISION OF AMERICAN HOME PRODUCTS                  :
CORPORATION; AND BOEHRINGER                         :
INGELHEIM PHARMACEUTICALS, INC.,                    :
                                                    :
        Defendants.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                              Respectfully submitted,
    Boston, Massachusetts

                                                              /s/Matthew J. Matule
                                                           Matthew J. Matule (BBO #632075)
                                                           SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                            One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,             (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                               Counsel for Defendant
                                                           Boehringer Ingelheim Pharmaceuticals, Inc.