UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARL DAIGLE, ANN DARDENNE,                      :
CASSANDRA DARGIN, PATRICIA DAVIS,               :
LETHA DAVIS, CAROLYN DAVIS, ED DEES,            :
FAITH DENT, DEBRA DEVARE, DOROTHY               :
DICKENS, LAWESE DILLON, ELIZABETH               :
ANNE DILWORTH, GERALD DIVINCENTI,               :
DORIS JONES DIXON, RUBY DIZON, PATSY            :
DOMINGUE, ANLATEARS DORSEY,                     :
MAUREEN DOUGLAS, DENISE DRAGO,                  :
BEVERLY DRY,                                    :
                                                :
         Plaintiffs.                            :   Civil Action
v.                                              :   No. 04-11286-GAO
                                                :
INDEVUS PHARMACEUTICALS, INC., F/K/A            :
INTERNEURON PHARMACEUTICALS, INC.;              :
WYETH, INC., F/K/A AMERICAN HOME                :
PRODUCTS CORPORATION; WYETH                     :
PHARMACEUTICALS, INC F/K/A WYETH-               :
AYERST PHARMACEUTICALS, INC., A                 :
DIVISION OF AMERICAN HOME PRODUCTS              :
CORPORATION; AND BOEHRINGER                     :
INGELHEIM PHARMACEUTICALS, INC.,                :
                                                :
         Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 30, 2004                                      Respectfully submitted,
         Boston, Massachusetts

                                                           /s/Matthew J. Matule
                                                           Matthew J. Matule (BBO #632075)
                                                           SKADDEN, ARPS, SLATE,
Of Counsel:                                                   MEAGHER & FLOM LLP
Barbara Wrubel                                             One Beacon Street
Katherine Armstrong                                        Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                      (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                             Counsel for Defendant
                                                           Boehringer Ingelheim Pharmaceuticals, Inc.

2